DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PRESTIGE EQUIPMENT CORPORATION, | CASE NO. 5:08 CV 2164 |
| Plaintiff, | <u>JUDGMENT ENTRY</u> |
| v. | |
| CASE MACHINERY CO., LLC., and JEFFREY C. OLSON, an individual, and L. ARTHUR OLSON, an individual, jointly and severally, | |
| Defendants. | |

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that default judgment is entered in favor of plaintiff, Prestige Equipment Corporation, against defendant, L. Arthur Olson.

The Court previously entered judgment against defendant Case Machinery Co., LLC. *See* ECF 42.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that judgment is entered in favor of plaintiff and against defendants L. Arthur Olson and Case Machinery Co., LLC, jointly and severally, in the amount of $118,000.00, not including costs and attorney fees.

This case is closed.

The Clerk of Court shall mail a copy of this Judgment Entry by regular mail to:

| | |
|---|---|
| Jeffrey C. Olson<br>4463 High Ridge Trail<br>Akron, OH 44333 | L. Arthur Olson<br>319 Portage Path<br>Willard, OH 44890 |
| Case Machinery<br>c/o Jeffery Olson<br>4463 High Ridge Trail<br>Akron, Ohio 44333 | Case Machinery<br>1900 Case Parkway<br>Twinsburg, Ohio 44087 |

IT IS SO ORDERED.

 July 22, 2009                                    /s/ David D. Dowd, Jr.
Date                                             David D. Dowd, Jr.
                                                    U.S. District Judge