UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PRESTIGE EQUIPMENT CORPORATION, | ) | CASE No. 5:08CV2164 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID D. DOWD, Jr. |
| | ) | Magistrate Judge George J. Limbert |
| v. | ) | |
| | ) | |
| CASE MACHINERY Co., LLC, et al, | ) | **Report and Recommendation** |
| | ) | |
| Defendants. | ) | |

The above-captioned case was referred to the undersigned for consideration of Plaintiff's Motion for Order of Garnishment and Other Relief.  ECF Dkt. #62, 64.  On October 21, 2009, the undersigned entered a marginal order granting Plaintiff's motion.  ECF Dkt. #64.  Under Ohio statutory law, such a garnishment is continuous.  *See* Ohio Revised Code § 2716.041(B). Accordingly, the undersigned recommends that the Court rescind the referral in the above-captioned matter.  ECF Dkt. #64.

DATE: January 11, 2010                     *s/ George J. Limbert*
                                           GEORGE J. LIMBERT
                                           UNITED STATES MAGISTRATE JUDGE

ANY OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of service of this notice. Fed. R. Civ. P. 72; L.R. 72.3.  Failure to file objections within the specified time may constitute a WAIVER of the right to appeal the Magistrate Judge's recommendation.  L.R. 72.3(b).