DOWD, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| Prestige Equipment Corporation, ) | |
| ) | CASE NO.: 5:08 CV 2164 |
| Plaintiff, ) | |
| ) | |
| v. ) | MEMORANDUM OPINION AND |
| ) | ORDER |
| Case Macninery, LLC, et al., ) | |
| ) | |
| ) | |
| Defendants. ) | |

This case was referred to Magistrate Judge Limbert for consideration of plaintiff's motion for order of garnishment and other relief. ECF 63. Magistrate Judge Limbert granted plaintiff's motion (ECF 64) and recommended rescission of the referral because, under Ohio, such a garnishment is continuous. ECF 68.

Under the relevant rules, any objections to Magistrate Judge Limbert's recommendation must be filed within fourteen (14) days of service. Fed. R. Civ. P. 72; L.R. 72.3. No objections have been filed.

Accordingly, the recommendation is adopted and the referral is terminated.

IT IS SO ORDERED.

| | |
|---|---|
| February 1, 2010 | *s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |